# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODRICK "DRE" COLEMAN

NO. 2021 KW 1412

**DECEMBER 30, 2021**

---

In Re:    Rodrick "Dre" Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-13-0950.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief, the State's response, the commissioner's report, the indictment, and the relevant documents and transcripts from the district court record that would assist with addressing his claims including proof that he was convicted by a non-unanimous jury. Therefore, this court cannot adequately review the district court's ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before February 8, 2022, and should include the missing items noted above and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT